# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

## NOTICE OF DEFICIENCY

April 10, 2019

Brandon Griffith (#18-B-2559)
Attica Correctional Facility
639 Exchange Street
Box 149
Attica, NY 14011

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 10 2019 ★

LONG ISLAND OFFICE

16-CV-6730 (JFB)(SIL)

Dear Mr. Griffith:

    This correspondence is in response to your Amended Complaint which was received by the Court on April 5, 2019. The papers are deficient as papers including complaints, petitions, motions or any other document, cannot be filed without an **original signature** pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is required on the last page of your amended complaint.

Sincerely,

Douglas C. Palmer
Clerk of Court

Enc.
Copy mailed to litigant 4/10/19